# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

MICHAEL WRIGHT,

Petitioner,

v.

MS. ARAIZA, WARDEN,

Respondent.

Case No. 5:25-cv-03065-SRM-MBK

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The undersigned also independently reviewed Petitioner's Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge. IT IS ORDERED that Judgment be entered denying the petition and dismissing this action without prejudice.

DATE: October 13, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE