JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

MICHAEL WRIGHT,
Petitioner,
v.
MS. ARAIZA, WARDEN,
Respondent.

Case No. 5:25-cv-03065-SRM-MBK

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge, the petition is denied and this action is dismissed without prejudice.

DATE: October 13, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE